UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20071-CR-King/Garber

UNITED STATES OF AMERICA,

v.

GIOVANNI HINES,

    Defendant.

_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge James Lawrence King.  Upon due consideration, it is hereby

**ORDERED that a change of plea hearing shall be held before the undersigned on Thursday, the 24th day of June, 2010, at 2:00 P.M. in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132.  Sentencing is scheduled for Thursday, August 26, 2010, at 10:00 A.M. in Courtroom 11, Eleventh Floor, in the James Lawrence King Federal Justice Building before United States District Judge James Lawrence King.**

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of June, 2010.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE